**Colvin MCCRIGHT, Petitioner–Appellant,**

v.

**Robert HOREL \*, Respondent–Appellee.**

No. 07–16869.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008.\*\*

Filed July 3, 2008.

Colvin McCright, pro se.

Amber Nicole Wipfler, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

---

\* Robert Horel is substituted for his predecessor, Joe McGrath, as Warden of Pelican Bay State Prison, pursuant to Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

## MEMORANDUM ***

Colvin McCright, a California state prisoner, appeals pro se the dismissal without prejudice of his habeas corpus petition brought under 28 U.S.C. § 2254. The district court concluded that the petition was successive under 28 U.S.C. § 2244(b)(3)(A). We have jurisdiction under 28 U.S.C. § 2253, and we vacate the district court's judgment.

As we determined in denying as unnecessary McCright's application to file a second or successive habeas petition in prior case no. 07–73706, his petition was not successive because it challenged the Board of Prison Terms' decision denying parole in 2003. McCright's prior habeas petitions challenged the legality of his detention pursuant to earlier parole denials. *See* 28 U.S.C. § 2244(b); *Hill v. State of Alaska*, 297 F.3d 895, 898–99 (9th Cir.2002).

**VACATED and REMANDED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).